### 46633. SCOTT v. STUBBS et al.
(380 SE2d 54)

HUNT, Justice.

In this case, Scott filed his complaint for mandamus to compel the superior court to rule on his petition for habeas corpus. Because it is a direct application to this court for an original writ, it is controlled by *Brown v. Johnson*, 251 Ga. 436 (306 SE2d 655) (1983), and must be dismissed.

*Appeal dismissed. All the Justices concur.*

DECIDED APRIL 6, 1989.

Samuel Scott, *pro se.*
*William J. Smith, District Attorney*, for appellees.